379 A.2d 598

Commonwealth v. McDaniels, Appellant.

Submitted September
13, 1976.  F. Emmet Ciccone, for appellant;  Richard P.
Myers, Assistant District Attorney, and F. Emmett Fitzpa-
trick, District Attorney, for Commonwealth, appellee.

Order and judgment of sentence affirmed.